UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:18-06436 R (ADS)  Date: August 6, 2019

Title:  *Jimmy Martinez v. Stirling Price, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

Plaintiff Jimmy Martinez, proceeding pro se, filed a Complaint alleging violations under 42 U.S.C. § 1983. [Dkt. No. 1]. On July 12, 2019, the Court issued and served an Order Dismissing Complaint with Leave to Amend and Order to Show Cause Regarding Dismissal requiring an amended complaint to be filed by August 2, 2019. [Dkt. No. 4]. The Court has not received any response to the July 12, 2019 Order. On July 24, 2019, the Court received returned mail indicating Plaintiff is not at the address currently on file with the Court. [Dkt. No. 5].

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **August 21, 2019** why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address on or before August 21, 2019 will discharge this Order to Show Cause. **Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh